UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIGRID V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV1537 DDN |
| | ) |
| AT&T PENSION PLAN ADMINISTRATOR, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. After reviewing plaintiff's financial affidavit, the Court finds that the motion should be granted. As a result, the Court will order the Clerk to issue process or cause process to issue on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

      /S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 30, 2007.